```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 20685
   RAUL ACOSTA
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9866

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/06/2007 and was not confirmed.

     The case was dismissed without confirmation 01/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL HOME L  CURRENT MORTG       .00         .00         .00
REGAL TIME RESOLUTIONS    CURRENT MORTG       .00         .00         .00
REGAL TIME RESOLUTIONS    SECURED NOT I    9576.66        .00         .00
WASHINGTON MUTUAL         CURRENT MORTG       .00         .00         .00
WASHINGTON MUTUAL         SECURED NOT I   50747.70        .00         .00
PRO SE DEBTOR             DEBTOR ATTY         .00                     .00
TOM VAUGHN                TRUSTEE                                     .00
DEBTOR REFUND             REFUND                                      .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------      --------------
TOTALS                      .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 04/23/08             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```